**No. 57176.**—Jos. Rotberg & Co., Inc. *v.* United States, protests 912037–G, etc. (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57177.**—Curtig Co. *v.* United States, protests 180729–K and 182516–K (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of spark wheels the same in all material respects as those the subject of *Waterbury Lock & Specialty Co.* v. *United States* (17 Cust. Ct. 87, C. D. 1025), the claim of the plaintiff was sustained.